AARON D. FORD
  Attorney General
NATHAN M. CLAUS, Bar No. 15889
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Shane D. Brooks, | Case No. 2:23-cv-01575-APG-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Roman, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Interested Party, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Shane Brooks, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

Page 1

1  The Parties resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered
3  moot. The Parties respectfully request the Court vacate any future court date(s) and
4  order the matter closed and off call.

DATED this __3rd__ day of ~~August~~ September 2025.   DATED this 29nd day of August 2025.
AARON D. FORD
Attorney General

By:

x /s/ Shane Brooks
SHANE BROOKS, #94156
*Plaintiff,* pro se

/s/ Nathan M. Claus
NATHAN M. CLAUS, (Bar No. 15889)
*Attorneys for Interested Party*

**ORDER**

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

DATED __November 3__, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE